IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. HAL RUPPERT,<br>2. DEBRA RUPPERT HENDERSON,<br>3. WEST COAST DEVELOPMENT, INC.<br><br><br><br>     Plaintiffs,<br><br>v.<br><br>1. CERTAIN UNDERWRITERS AT<br>LLOYD'S LONDON, subscribing to Policy<br>No. SMP38412<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 15-cv-531-R<br>)<br>)<br>)<br>)<br>)<br>)  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, Hal Ruppert, Debra Ruppert Henderson and West Coast Development, Inc., and Defendant, Certain Underwriters At Lloyd's London, by and through their counsel of record, file this Stipulation of Dismissal with Prejudice. The Plaintiffs hereby dismiss this case, in its entirety, with prejudice to the refiling thereof.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

s/ Linda Szuhy Ressetar
Linda Szuhy Ressetar, OBA #17905
THOMPSON, COE, COUSINS & IRONS
700 N. Pearl Street, 25th floor
Dallas, Texas 75201-2832
(214) 871-8200 (telephone)
(214) 871-8209 (Fax)
Email Address: lszuhy@thompsoncoe.com

D. Christene Wood
Pro Hac Vice
One Riverway, Suite 1600
Houston, Texas 77056
Phone:  (713) 403-8210
Facsimile:  (713) 403-8299

And

s/Phil Richards
Phil Richards, OBA #10457
RICHARDS & CONNOR
525 S. Main Street
12th floor, ParkCentre Bldg.
Tulsa, Oklahoma 74103-4509
(918)585-2394 (telephone)
(918) 525-1449  (Fax)
Email Address: prichards@richardsconnor.com

COUNSEL FOR DEFENDANT